THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ERIC C. PEARCE** | : | **CIVIL ACTION NO.:** |
| 29 Amble Road | : | **1:05-cv-11694** |
| **Chelmsford, Massachusetts** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **KEITH BAUMM** | : | |
| **9 Lincoln Street** | : | |
| **East Boothbay, Maine  AND** | : | |
| **ADVANCED COMPOSITE** | : | |
| **ENGINEERING D/B/A** | : | |
| **AEGIS BICYCLES** | : | |
| **44 Elm Street** | : | |
| **Camden, Maine** | : | |
| | : | |
| **Defendant,** | : | **MARCH 15, 2006** |

## MOTION FOR ENLARGEMENT

Pursuant to Federal Rules of Civil Procedure 6(b), the undersigned plaintiff hereby moves for an enlargement of time of sixty (60) days to present the Court with proof of service on the above named defendants. An affidavit of good cause is attached hereto in support of this motion.

Respectfully submitted:
THE PLAINTIFF,
Eric C. Pearce,
By his attorneys,
Ouellette, Deganis, Gallagher & Ward, LLC

Sergio C. Deganis
BBO#: 118130
143 Main Street, Cheshire, CT 06410
(203) 272-1157
Sdeganis@ODGWLAW.com

1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ERIC C. PEARCE** | : | **CIVIL ACTION NO.:** |
| 29 Amble Road | : | 1:05-cv-11694 |
| Chelmsford, Massachusetts | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **KEITH BAUMM** | : | |
| 9 Lincoln Street | : | |
| East Boothbay, Maine  AND | : | |
| **ADVANCED COMPOSITE** | : | |
| **ENGINEERING D/B/A** | : | |
| **AEGIS BICYCLES** | : | |
| 44 Elm Street | : | |
| Camden, Maine | : | |
| | : | |
| Defendant, | : | **MARCH 15, 2006** |

## AFFIDAVIT OF GOOD CAUSE

I, Sergio C. Deganis, having been duly sworn, depose and say and hereby attest to the following facts:

1:   I believe in the obligation of an oath;

2:   I am of legal age, over 18;

3.   On August 26, 2005 I mailed a notice of lawsuit and request for waiver of service of summons to Keith Baumm.

4.   On August 26, 2005 I mailed a notice of lawsuit and request for waiver of service of summons to Brent R. Slater, Registered Agent for Advanced Composite Engineering.

5.   On or about September 15, 2005, I received a letter from James D. Poliquin, attorney for Mr. Baumm, indicating that Mr. Baumm would accept service by mail in the above captioned matter.

2

6. To date, I have not received a signed waiver of service of summons from Keith Baumm or Brent R. Slater, although the same have been requested as previously stated.

7. More time is needed to effectuate service upon or obtain an adequate waiver of service from Keith Baumm and Brent R. Slater.

Dated at Cheshire, Connecticut, this 15th day of March, 2006

Signed: _____

Name: <u>Sergio C. Deganis</u>

The foregoing Affidavit was acknowledged before me this 15th day of March, 2006

State of <u>Connecticut</u>

County of <u>New Haven</u>

_____
Notary Public/~~Commissioner of Superior Court~~

## CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2006. I further certify that pursuant to local rule 7.1(a) I have attempted to contact Attorney Poliquin regarding this matter, but have been unsuccessful in my efforts.

By: _____
Sergio C. Deganis
BBO#: 118130
143 Main Street, Cheshire, CT 06410
(203) 272-1157
Sdeganis@ODGWLAW.com