AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Eric C. Pearce

V.

Keith Baumm et. al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

Advanced Composite Engineering d/b/a Aegis Bicycles
44 Elm St.
Camden, Maine

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sergio C. Deganis
Ouellette, Deganis, Gallagher & Ward, LLC
143 Main St.
Cheshire, CT 06410

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          06/06/06
CLERK                                       DATE

(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/16/06 |
| NAME OF SERVER *(PRINT)* Bruce Buchanan | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon defendant's Agent for Service, Atty Brent Slater, at the law firm of Gross, Minsky + Mogul 23 Water St, Bangor, ME

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/06
              Date                Signature of Server: Bruce Buchanan

Address of Server: Bangor, ME

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.