AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Eric C. Pearce

V.

Keith Baumm et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Keith Baumm
9 Lincoln Street
East Boothbay, Maine

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sergio C. Deganis
Ouellette, Deganis, Gallagher & Ward, LLC
143 Main St.
Cheshire, CT 06410

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                            06/06/06

CLERK                                         DATE

(By) DEPUTY CLERK

⚫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-24-06 |
| NAME OF SERVER (PRINT) Ronald W. Dolliver | TITLE Private Investigator DBA Private Investigation Services |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
9 Lincoln Street - East Boothbay, ME 04544

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 130 miles @ .40 per | SERVICES 4 hours @ $50.00 per | TOTAL ~~$0.00~~ $252.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 24, 2006             [signature]
                 Date                  Signature of Server

                 1856 Wagner Bridge Rd Waldoboro, ME 04572
                 Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.