UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC C. PEARCE,<br><br>    Plaintiff<br><br>v.<br><br>KEITH BAUMM and ADVANCED<br>COMPOSITE ENGINEERING d/b/a<br>AEGIS BICYCLES,<br><br>    Defendants | CASE NO. CV11694-RCL |

## NOTICE OF APPEARANCE

Kindly note the appearance of William J. Dailey, Jr., Esq. and Brian H. Sullivan, Esq., as counsel for the defendant, Keith Baumm with regard to the above-entitled action.

    Respectfully submitted,
    The Defendant,
    Keith Baumm,
    By his Attorneys,

    /s/ William J. Dailey, Jr.
    William J. Dailey, Jr., BBO #112200
    Brian H. Sullivan, BBO#629236
    Sloane & Walsh, LLP
    3 Center Plaza
    Boston, MA  02108
    (617) 523-6010

Dated:  July 13, 2006

F:\Grace\Pearce\Notice of Appearance 07.13.06.doc

## **CERTIFICATE OF SERVICE**

I, Brian H. Sullivan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2006.

/s/ Brian H. Sullivan
BRIAN H. SULLIVAN