UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC C. PEARCE,              )
                          )
      Plaintiff          )
                          )     CASE NO. CV11694-RCL
v.                     )
                          )
KEITH BAUMM and ADVANCED  )
COMPOSITE ENGINEERING d/b/a  )
AEGIS BICYCLES,          )
                          )
      Defendants     )

## <u>MOTION FOR ADMISSION OF JAMES D. POLIQUIN, ESQ., FOR ADMISSION <i>PRO HAC VICE</i> AS COUNSEL FOR DEFENDANT KEITH BAUMM</u>

NOW COMES the Defendant, Keith Baumm, and moves this Honorable Court to admit James D. Poliquin, Esq., *Pro Hac Vice*, as counsel for the Defendant pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts.

An Answer and Jury Demand were filed with the Court on July 13, 2006 by William J. Dailey, Jr., and Brian H. Sullivan, Esq., Sloane and Walsh, LLP, Three Center Plaza, Boston, MA 02108.  A scheduling conference has been set for November 20, 2006 at 3:00 p.m. in Courtroom 11.

Attorney Poliquin's affidavit is submitted herewith.

Date: _____

/s/ Brian H. Sullivan
William J. Dailey, Jr., MA BBO #112200
Brian H. Sullivan, MA BBO #629236
Attorneys for Defendant Keith Baumm
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2006.

/s/ Brian H. Sullivan
Brian H. Sullivan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC C. PEARCE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CASE NO. CV11694-RCL |
| v. | ) | |
| | ) | |
| KEITH BAUMM and ADVANCED | ) | |
| COMPOSITE ENGINEERING d/b/a | ) | |
| AEGIS BICYCLES, | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF JAMES D. POLIQUIN, ESQ.
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, James D. Poliquin, having been first duly sworn, depose and say as follows:

1.      I am a Member of the law firm Norman, Hanson & DeTroy, LLC, 415 Congress Street, P.O. Box 4600, Portland, ME 04112-4600.

2.      I was admitted to practice law in the State of Maine in 1981 and have been a member in good standing since that time. I am admitted to practice in the United States District Court for the District of Maine (1981), the United States Court of Appeals for the First Circuit (1986), and the United States Supreme Court (1986).

3.      No complaint has ever been filed against me with the Maine Board of Overseers of the Bar or the corresponding oversight body of any other state and no disciplinary action has ever been taken against me.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.    I seek admission *pro hac vice* in connection with representation of the Defendant Keith Baumm in the above civil action and will associate with Attorney Brian Sullivan of the firm Sloane & Walsh, LLP, 3 Center Plaza, Boston, MA 02108.


Date: _8/14/06_____        _James D. Poliquin_____
                                                James D. Poliquin


STATE OF MAINE
Cumberland, ss.                           _August 14_, 2006

Personally appeared before me the above-named James D. Poliquin, made known to me, and made oath that the foregoing affidavit by himself subscribed is true and correct based on his own personal knowledge.


_Cathy S. Brann_____
Notary Public                           **CATHY S. BRANN**
                                                Notary Public, Maine
                                                My Commission Expires March 12, 2009