THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC C. PEARCE<br>29 Amble Road<br>Chelmsford, Massachusetts | : <br> : <br> : <br> : | CIVIL ACTION NO.:<br>1:05-cv-11694 |
| Plaintiff, | : <br> : | |
| v. | : <br> : | JURY TRIAL DEMANDED |
| KEITH BAUMM<br>9 Lincoln Street<br>East Boothbay, Maine AND<br>ADVANCED COMPOSITE<br>ENGINEERING D/B/A<br>AEGIS BICYCLES<br>44 Elm Street<br>Camden, Maine | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendant, | : | November 17, 2006 |

## CONSENTED TO MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Pursuant to Local Rule 40.3, the undersigned plaintiff hereby moves for a continuance of the Scheduling Conference which is currently set for December 14, 2006 at 2:30pm. All parties to this action have been contacted and consent to the granting of this motion. The parties are available for this conference on December 19, 2006, and January 4, 5, 8, 9, 10, 11, 12, 16, 18, and 19, 2007. This is the Second Motion for Continuance of the Scheduling Conference that has been filed by the parties to this action. An affidavit of good cause is attached hereto in support of this motion.

1

Respectfully submitted:
THE PLAINTIFF,
Eric C. Pearce,
By his attorneys,
Ouellette, Deganis & Gallagher, LLC

_____
Sergio C. Deganis
BBO#: 118130
143 Main Street, Cheshire, CT 06410
(203) 272-1157
Sdeganis@ODGWLAW.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ERIC C. PEARCE** <br> **29 Amble Road** <br> **Chelmsford, Massachusetts** | : <br> : | CIVIL ACTION NO.: <br> 1:05-cv-11694 |
| **Plaintiff,** | : : : | |
| v. | : : | JURY TRIAL DEMANDED |
| **KEITH BAUMM** <br> **9 Lincoln Street** <br> **East Boothbay, Maine  AND** <br> **ADVANCED COMPOSITE** <br> **ENGINEERING D/B/A** <br> **AEGIS BICYCLES** <br> **44 Elm Street** <br> **Camden, Maine** | : : : : : : : : : | |
| **Defendant,** | : | November 17, 2006 |

## AFFIDAVIT OF GOOD CAUSE

I, Sergio C. Deganis, having been duly sworn, depose and say and hereby attest to the following facts:

1: I believe in the obligation of an oath;

2: I am of legal age, over 18;

3. A Scheduling Conference in the above captioned matter is currently set for December 14, 2006 at 2:30 pm.

4. I am unable to attend the Scheduling Conference as set as I will be out of the state on that date.

5. I am the only attorney in my office who is admitted to the Federal Bar for the District of Massachusetts.

6. I have contacted Atty. James Poliquin, counsel for Defendant Keith Baumm and have obtained his consent to the granting of this motion.

3

7. Both Atty. Poliquin and I are available on December 19, 2006 and January 4, 5, 8, 9, 10, 11, 12, 16, 18, and 19, 2007 for the rescheduling of this conference.

Dated at Cheshire, Connecticut, this 17th day of November, 2006

Signed: *[signature]*

Name: Sergio C. Deganis

The foregoing Affidavit was acknowledged before me this 17th day of November, 2006

State of <u>Connecticut</u>

County of <u>New Haven</u>

*[signature]*
Notary Public/~~Commissioner of Superior Court~~   10/31/09

4

## **CERTIFICATION**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2006. I further certify that pursuant to local rule 7.1(a) I have contacted Attorney Poliquin regarding this matter and he consents to the granting of this motion.

By: _____
Sergio C. Deganis
BBO#: 118130
143 Main Street, Cheshire, CT 06410
(203) 272-1157
Sdeganis@ODGWLAW.com