UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC C. PEARCE, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO.<br>v. ) 1:05-cv-11694<br>)<br>KEITH BAUMM, and ADVANCED )<br>COMPOSITE ENGINEERING D/B/A )<br>AEGIS BICYCLES, and AEGIS )<br>HANDMADE CARBON FIBER )<br>BICYCLES D/B/A AEGIS BICYCLES, )<br>and AEGIS RACING BIKES USA, )<br>LLC, D/B/A AEGIS BICYCLES, and )<br>FASTBIKES USA, LLC, D/B/A )<br>AEGIS BICYCLES, and )<br>WYMAN-GORDON INVESTMENT )<br>CASTINGS, INC., and STURM, )<br>RUGER & CO, INC. )<br>)<br>Defendants. )<br>) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as counsel for the defendant **Sturm, Ruger & Co., Inc.** in the above-captioned action.

           **Sturm, Ruger & Co., Inc.**
           By its attorneys,


           */s/ Christopher A. Callanan*
           Christopher A. Callanan (BBO# 630649)
           Campbell Campbell Edwards & Conroy
           One Constitution Plaza
           Boston, MA  02129
           (617) 241-3000
           Email: ccallanan@campbell-trial-lawyers.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above document was served to the following counsel of record by first-class mail, postage prepaid and by the ECF system on April 23, 2007.


*Counsel for Eric C. Pearce*
Sergio C. Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410

*Counsel for Keith Baumm*
James D. Poliquin
Norman, Hanson & DeTroy
P.O. Box 4600
415 Congress Street
Portland, ME  04112

William J. Dailey, Jr.
Brian H. Sullivan
Sloane & Walsh
3 Center Plaza
Boston, MA  02108

                              */s/ Christopher A. Callanan*
                              Christopher A. Callanan