UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIC C. PEARCE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**KEITH BAUMM, and ADVANCED COMPOSITE ENGINEERING D/B/A AEGIS BICYCLES, and AEGIS HANDMADE CARBON FIBER BICYCLES D/B/A AEGIS BICYCLES, and AEGIS RACING BIKES USA, LLC, D/B/A AEGIS BICYCLES, and FASTBIKES USA, LLC, D/B/A AEGIS BICYCLES, and WYMAN-GORDON INVESTMENT CASTINGS, INC., and STURM, RUGER & CO, INC.**<br><br>    **Defendants.** | **CIVIL ACTION NO.**<br>**1:05-cv-11694** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as counsel for the defendant **Sturm, Ruger & Co., Inc.** in the above-captioned action.

**Sturm, Ruger & Co., Inc.**
By its attorneys,

*/s/ Richard L. Edwards*
Richard L. Edwards (BBO# 151520)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000
Email: redwards@campbell-trial-lawyers.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the above document was served to the following counsel of record by first-class mail, postage prepaid and by the ECF system on April 23, 2007.

*Counsel for Eric C. Pearce*
Sergio C. Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410

*Counsel for Keith Baumm*
James D. Poliquin
Norman, Hanson & DeTroy
P.O. Box 4600
415 Congress Street
Portland, ME  04112

William J. Dailey, Jr.
Brian H. Sullivan
Sloane & Walsh
3 Center Plaza
Boston, MA  02108

                                            /s/ Richard L. Edwards
                                            Richard L. Edwards