UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ERIC C. PEARCE,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION NO.** ) **1:05-cv-11694** ) |
| **KEITH BAUMM,** *et al.* | ) ) ) |
| **Defendants.** | ) ) |

**STURM, RUGER & CO., INC'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Sturm, Ruger & Co., Inc. ("Sturm, Ruger") pursuant to Local Rule 7.3 states as follows:

LR 7.3(a)  Sturm, Ruger has no parent corporations. No publicly held company owns 10% or more of its stock.

**Sturm, Ruger & Co., Inc.**
By its attorneys,


*/s/ Christopher A. Callanan*
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF SERVICE

    I certify that a copy of the above document was served to the following counsel of record by first-class mail, postage prepaid and by the ECF system on April 23, 2007.

*Counsel for Eric C. Pearce*
Sergio C. Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410

*Counsel for Keith Baumm*
James D. Poliquin
Norman, Hanson & DeTroy
P.O. Box 4600
415 Congress Street
Portland, ME 04112

William J. Dailey, Jr.
Brian H. Sullivan
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

                                              /s/ Christopher A. Callanan
                                              Christopher A. Callanan