UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC C. PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:05-cv-11694 |
| | ) |
| KEITH BAUMM, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STURM, RUGER & CO., INC'S**
**LOCAL RULE 16.1(3) CERTIFICATION**

This is to certify that counsel and client have conferred:

(a)   With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)   To consider the resolution of the litigation through the use of alterative dispute resolution programs such as those outlined in LR 16.4.

**Sturm, Ruger & Co., Inc.**
By its authorized agent

*/s/ Kevin B. Reid, Sr.*
Kevin B. Reid, Sr.
Assistant General Counsel

By its attorneys,

*/s/ Christopher A. Callanan*
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000