THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH BAUMM, ET AL., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance on behalf of the defendant Wyman-Gordon Investment Castings, Inc.

/s/ Terrance J. Hamilton
_____
Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED:

2000.0/412526.1