AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Eric C. Pearce
29 Amble Road
Chelmsford, Massachusetts

V.

Keith Baumm, et al

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   1:05-cv-11694

TO: (Name and address of Defendant)

CT Corporation System
Agent for Service for Wyman Gordon Investment Castings, Inc.
One Corporate Center, Floor 11
Hartford, CT 06103-3220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sergio C. Deganis, Esq.
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUN 15 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/20/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Arthur B. Lyr | CSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: A/S: CT Corp. / Comp Ctr. 11th Fl.
    Hartfrd, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $28.50 Page. 21.00 | 30.00 End. 1.60 | $0.00 81.10 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6·20·07
              Date

_____
Signature of Server

P.O. Box 302, Bristol, CT 06010

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.