THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH BAUMM, ET AL., | ) |
| | ) |
| Defendants. | ) |

**MOTION ENLARGING TIME
WITHIN WHICH TO ANSWER**

Defendant Wyman-Gordon Investment Castings, Inc. (Wyman-Gordon), pursuant to Fed. R. Civ. P. 6(b)(2), respectfully moves that the time within which it must respond to or otherwise move with respect to the amended complaint filed herein be enlarged to and including Wednesday, July 25, 2007.

As grounds for its motion, defendant Wyman-Gordon states:

1. The undersigned attorney has been retained by the moving defendant to serve as their counsel in this case.

2. On or about June 25, 2007, a Summons and Amended Complaint was received by CT Corporation System Agent on behalf of the defendant Wyman-Gordon Investment Castings, Inc.

3. Counsel for Wyman-Gordon will be on vacation from June 29, 2007 thru July 13, 2007.

4. Plaintiffs' counsel, Sergio C. Deganis, assents to this motion.

-2-

    WHEREFORE, the defendant respectfully moves that this Court allow its request for an extension of time until Wednesday, July 25, 2007, to file its answer or otherwise move with respect to the complaint.

| | |
|---|---|
| ERIC C. PEARCE, | WYMAN-GORDON INVESTMENT |
| by his attorney, | CASTINGS, INC. |
| | by its attorney, |
| /s/ | |
| _____ | /s/ |
| Sergio C. Deganis | _____ |
| OUELLETTE, DEGANIS & | Terrance J. Hamilton |
| GALLAGHER, LLC | CASNER & EDWARDS, LLP |
| 143 Main Street | 303 Congress Street |
| Cheshire, CT 06410 | Boston, MA 02210 |
| (203) 272-1157 | (617) 426-5900 |
| B.B.O. No. 118130 | B.B.O. No. 218980 |

DATED: July 13, 2007

2000.0/412528.1