UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NO. CV-1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE,              )<br>                                          )<br>          Plaintiff            )<br>                                          )<br>v.                                    )<br>                                          )<br>KEITH BAUMM, et al.,    )<br>                                          )<br>          Defendants.       ) | **NOTICE OF APPEARANCE OF<br>PAUL R. JOHNSON, ESQ.** |

   Please enter my appearance as counsel for Defendants Aegis Handmade Carbon Fiber Bicycles, LLC, Aegis Racing Bikes USA, LLC, And Fastbikes USA, LLC.

DATED at Portland, Maine this 18th day of July, 2007.

                                                                          /s/  Paul R. Johnson
                                                                          Paul R. Johnson, Esq.
                                                                          BBO # 546165
                                                                          Attorney for Aegis Handmade Carbon Fiber
                                                                          Bicycles, LLC, Aegis Racing Bikes USA,
                                                                          LLC, And Fastbikes USA, LLC

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
pjohnson@rwlb.com

### CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on

this 18th day of July, 2007.

Sergio C Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410
203-272-1157
Email: Sdeganis@ODGWLAW.com

James D. Poliquin
Norman, Hanson & DeTroy
P.O. B ox 4600
415 Congress Street
Portland, ME 04112
(207) 774-7000

Brian H. Sullivan
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
617-523-6010
 Email: bsullivan@sloanewalsh.com

William J. Dailey, Jr.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010
Email: wdaileyjr@sloanewalsh.com

Christopher A Callanan
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3057
 Email: ccallanan@campbell-trial-lawyers.com

James B. Vogts
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
312-201-2670
 Email: vogts@wildman.com


Richard L. Edwards

Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
 Email: redwards@campbell-trial-lawyers.com

Terrance J. Hamilton
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
 Email: tjhamilton@casneredwards.com

                                              /s/  Paul R. Johnson