UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIC C. PEARCE, )<br>)<br>    Plaintiff )<br>) <br>v. )<br>)<br>KEITH BAUMM, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION<br>DOCKET NO. CV-1:05-cv-11694<br><br>**MOTION TO DISMISS BY DEFENDANTS AEGIS HANDMADE CARBON FIBER BICYCLES, LLC, AEGIS RACING BIKES USA, LLC, AND FASTBIKES USA, LLC** |

Defendants Aegis Handmade Carbon Fiber Bicycles, LLC ("Aegis Handmade"), Aegis Racing Bikes USA, LLC ("Aegis Racing"), and Fastbikes USA, LLC ("Fastbikes") (collectively, the "Moving Defendants"), by and through the undersigned counsel, move to dismiss all causes of action asserted against them pursuant to Fed.R.Civ.P. Rule 12(b)(6), for failure to state a claim upon which relief may be granted, and pursuant to Fed.R.Civ.P. Rule 12(b)(2), on the grounds that this court lacks personal jurisdiction over the Moving Defendants.

The Moving Defendants are filing herewith their memorandum in support of this Motion.

WHEREFORE, Defendants Aegis Handmade Carbon Fiber Bicycles, LLC, Aegis Racing Bikes USA, LLC, And Fastbikes USA, LLC request that all causes of action against them be dismissed with prejudice, and that they be awarded the costs of this action, and request such other or further relief as the Court may deem just or appropriate.

**REQUEST FOR ORAL ARGUMENT**

The Moving Defendants request the opportunity for oral argument with respect to this Motion.

DATED at Portland, Maine this 18th day of July, 2007.

/s/ Paul R. Johnson
Paul R. Johnson, Esq.
BBO # 546165
Attorney for Aegis Handmade Carbon Fiber
Bicycles, LLC, Aegis Racing Bikes USA,
LLC, And Fastbikes USA, LLC

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
pjohnson@rwlb.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on this 18th day of July, 2007.

Sergio C Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410
203-272-1157
Email: Sdeganis@ODGWLAW.com

James D. Poliquin
Norman, Hanson & DeTroy
P.O. B ox 4600
415 Congress Street
Portland, ME 04112
(207) 774-7000

Brian H. Sullivan
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
617-523-6010
 Email: bsullivan@sloanewalsh.com

William J. Dailey, Jr.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010
Email: wdaileyjr@sloanewalsh.com

Christopher A Callanan
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3057
 Email: ccallanan@campbell-trial-lawyers.com

James B. Vogts
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
312-201-2670
 Email: vogts@wildman.com

Richard L. Edwards
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
 Email: redwards@campbell-trial-lawyers.com

Terrance J. Hamilton
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
 Email: tjhamilton@casneredwards.com

					/s/  Paul R. Johnson