THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH BAUMM, ET AL., | ) |
| | ) |
| Defendants. | ) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE
OF DEFENDANT WYMAN-GORDON INVESTMENT CASTINGS, INC.**

Defendant Wyman-Gordon Investments Casting, Inc. is a wholly owned subsidiary of Precision Castparts Corp. (PCC). PCC is a publicly traded company on the NYSE, symbol PCP.

WYMAN-GORDON INVESTMENT
CASTINGS, INC.
By its attorneys,

_____
Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED: July 25, 2007

9299.1/416351.1