UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NO. 1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>KEITH BAUMM, et al., )<br>)<br>    Defendants. ) | **ORDER** |

    The Motion for Protective Order of Defendants Aegis Handmade Carbon Fiber Bicycles, LLC, Aegis Racing Bikes USA, LLC, and Fastbikes USA, LLC (collectively, the "Aegis Defendants") is hereby GRANTED. All discovery as against the Aegis Defendants is hereby stayed pending a decision on the Aegis Defendants' Amended Motion to Dismiss. If the Court denies the Aegis Defendants' Motion to Dismiss, the Aegis Defendants shall respond to all outstanding discovery requests within 14 days after the date on which a decision is entered denying the Amended Motion to Dismiss.

Date: _____            _____
                                                                              Reginald C. Lindsey
                                                                              United States District Judge