THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC C. PEARCE | : | CIVIL ACTION NO.: |
| | : | 1:05-cv-11694 |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| KEITH BAUMM, | : | |
| ADVANCED COMPOSITE | : | |
| ENGINEERING D/B/A | : | |
| AEGIS BICYCLES, | : | |
| AEGIS HANDMADE CARBON | : | |
| FIBER BICYCLES, LLC dba | : | |
| AEGIS BICYCLES, | : | |
| AEGIS RACING BIKES USA, LLC | : | |
| dba AEGIS BICYCLES, | : | |
| FASTBIKES USA, LLC dba | : | |
| AEGIS BICYCLES, | : | |
| WYMAN-GORDON INVESTMENT | : | |
| CASTINGS, INC., AND | : | |
| STURM, RUGER & CO., INC | : | |
| Defendants, | : | AUGUST 17, 2007 |

## MOTION FOR PROPOSED SCHEDULING CONFERENCE

The undersigned plaintiff hereby moves this honorable Court to hold a Scheduling Conference in the above captioned matter. The undersigned represents that as a result of Atty. Johnson's Motion to Stay Discovery, the parties will be unable to reach an agreement on the appropriate extension of discovery deadlines, necessitating the Court's intervention via a scheduling conference. As indicated in the undersigned's July 26, 2007 Motion for Continuance of Scheduling Conference, counsel for all parties are available for this conference on September 10th in the afternoon, 12th after 3:00, and 21st.

WHEREFORE, the undersigned plaintiff hereby requests that the Court hold a scheduling conference in the above captioned matter.

Respectfully submitted:

>THE PLAINTIFF,
>Eric C. Pearce,
>By his attorneys,
>Ouellette, Deganis & Gallagher, LLC
>
>Sergio C. Deganis
>BBO#: 118130
>143 Main Street, Cheshire, CT 06410
>(203) 272-1157
>Sdeganis@ODGWLAW.com

2

## **CERTIFICATION**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2007. I further certify that pursuant to local rule 7.1(a) I have contacted counsel for Keith Baumm, Wyman-Gordon, Uni-Cast and Sturm, Ruger & Co., regarding this matter and these counsel consent to the granting of this motion. I further certify that I have attempted to contact counsel for the remaining defendants, but have been unsuccessful, and therefore cannot represent to the court whether the remaining counsel object or consent to the granting of this motion.

By: /s/ Sergio C. Deganis
Sergio C. Deganis
BBO#: 118130
143 Main Street, Cheshire, CT 06410
(203) 272-1157
Sdeganis@ODGWLAW.com