AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  06/28/2007 |
| NAME OF SERVER *(PRINT)*  Daniel E. Dow | TITLE  Maine State Licensed Private Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 140 William St. Portland, ME 04103  Agent for Service — Timothy S. Keiter.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/28/2007
     *Date*            *Signature of Server*

P.O. Box 10196 Portland, ME 04104
*Address of Server*

6-28-2007
YORK County
Maine

*Patricia B. Weiss*

Notary
Patricia B. Weiss
X — Nov. 26, 2008

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.