THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH BAUMM, ET AL., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT WYMAN-GORDON INVESTMENT CASTINGS, INC.'S INITIAL DISCLOSURE

Defendant Wyman-Gordon Investment Castings, Inc., pursuant to Fed.R.Civ.P. 26(a)(1), hereby make the following initial disclosure.

A.  **Persons with Discoverable Information.**

1.  Ronald Swanson, Wyman-Gordon Investment Casting, Inc., 839 Parkanock Road, Groton, CT 06340.

2.  Keith Chamberlain, Wyman-Gordon Investment Casting, Inc., P.O. Box 188, Tilton, NH 03276.

B.  **Identification of Relevant Documentation.**

The relevant documentation consists of engineering files and invoices for the subject component; data extracted from Wyman-Gordon's computer system including a copy of the shop traveler, lot costs, invoice/shipping summary and booking summary, tool orders, material reports and various documents involved in the manufacture of the component for Advanced Composite Engineering.

C.  **Calculation of Damages.**

Not applicable.

**D.    Liability Insurance Agreement.**

1.    Defendant Wyman-Gordon Investment Castings, Inc. is covered under a Commercial General Liability Policy issued by Old Republic Insurance Company Policy No. MWZY 56569.

                                                   **WYMAN-GORDON**
                                                   **INVESTMENT CASTINGS, INC.**
By its attorneys,

_/s/ Terrance J. Hamilton_
Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED: October 15, 2007

9299.1/417126.1