UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NO. CV-1:05-cv-11694

| | |
|---|---|
| ERIC C. PEARCE, ) | |
| ) | **MOTION OF PAUL R. JOHNSON, ESQ.,** |
| Plaintiff ) | **TO WITHDRAW AS COUNSEL FOR** |
| ) | **DEFENDANTS AEGIS HANDMADE** |
| v. ) | **CARBON FIBER BICYCLES, LLC, AEGIS** |
| ) | **RACING BIKES USA, LLC, AND** |
| KEITH BAUMM, et al., ) | **FASTBIKES USA, LLC** |
| ) | |
| Defendants. ) | |

Paul R. Johnson, Esq., counsel of record for Defendants Aegis Handmade Carbon Fiber Bicycles, LLC ("Aegis Handmade"), Aegis Racing Bikes USA, LLC ("Aegis Racing"), and Fastbikes USA, LLC ("Fastbikes") (collectively, the "Aegis Defendants"), and moves for leave to withdraw his appearance as counsel for the Aegis Defendants. In support of this Motion, Paul R. Johnson states as follows:

1. By Order entered on or about March 17, 2008, the Court granted a motion to dismiss filed by the Aegis Defendants and all causes of action against the Aegis Defendants have been dismissed.

2. The undersigned counsel has recently changed law firms, and moved the primary office for his practice from Maine to Massachusetts. The Aegis Defendants were clients of his previous law firm.

3. Because there are no claims currently pending against the Aegis Defendants, there is no longer any reason for them to have counsel in this matter.

4. The undersigned counsel has advised the Aegis Defendants of his intention to withdraw

as counsel and will send the Aegis Defendants a copy of this Motion.

WHEREFORE, Paul R. Johnson respectfully requests that this Court grant him leave to withdraw as counsel of record for the Aegis Defendants.

DATED this 8th day of April, 2008.

                                                  /s/  Paul R. Johnson
                                                  Paul R. Johnson, Esq.
                                                  BBO # 546165
                                                  Attorney for Aegis Handmade Carbon Fiber Bicycles, LLC, Aegis Racing Bikes USA, LLC, And Fastbikes USA, LLC

Law Office of Paul R. Johnson
P.O. Box 715
Medfield, MA  02052
508-282-9223
pjohnson@prjlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, on this 8th day of April, 2008.

Sergio C Deganis
Ouellette, Deganis & Gallagher, LLC
143 Main Street
Cheshire, CT 06410
203-272-1157
Email: Sdeganis@ODGWLAW.com

James D. Poliquin
Norman, Hanson & DeTroy
P.O. B ox 4600
415 Congress Street
Portland, ME 04112
(207) 774-7000

Brian H. Sullivan

Sloane & Walsh
3 Center Plaza
Boston, MA 02108
617-523-6010
 Email: bsullivan@sloanewalsh.com

William J. Dailey, Jr.
Sloane & Walsh, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010
Email: wdaileyjr@sloanewalsh.com

Christopher A Callanan
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3057
 Email: ccallanan@campbell-trial-lawyers.com

James B. Vogts
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
312-201-2670
 Email: vogts@wildman.com

Richard L. Edwards
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
 Email: redwards@campbell-trial-lawyers.com

Terrance J. Hamilton
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
 Email: tjhamilton@casneredwards.com

                                              /s/  Paul R. Johnson