THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC C. PEARCE )<br>29 Amble Road )<br>Chelmsford, Massachusetts )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNI-CAST, INC. )<br>11 Industrial Drive )<br>Londonderry, New Hampshire 03053 )<br>)<br>      Defendant, )<br>) | CIVIL ACTION NO.: 1:07-CV-10963-RCL |

## NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

    Please take notice that the undersigned counsel hereby submits an appearance in the above matter on behalf of the Defendant, Uni-Cast, Inc.

DATED: May 2, 2008                      Respectfully submitted,

                                                  /s/ Anthony S. Augeri
                                                  Anthony S. Augeri, BBO #648696
                                                  DEVINE, MILLIMET & BRANCH
                                                  300 Brickstone Square, 9th Fl.
                                                  P.O. Box 39
                                                  Andover, MA 01810
                                                  (978) 475-9100
                                                  aaugeri@devinemillimet.com

## CERTIFICATE OF SERVICE

I, Anthony S. Augeri, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this second day of May, 2008

/s/ Anthony S. Augeri
Anthony S. Augeri, BBO #648696
DEVINE, MILLIMET & BRANCH
300 Brickstone Square, 9th Fl.
P.O. Box 39
Andover, MA 01810
(978) 475-9100
aaugeri@devinemillimet.com

L:\WDOX\DOCS\CLIENTS\11860\81677\A0166866.DOC