THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC C. PEARCE<br>29 Amble Road<br>Chelmsford, Massachusetts<br><br>  Plaintiff,<br><br>v.<br><br><br><br>UNI-CAST, INC.<br>11 Industrial Drive<br>Londonderry, New Hampshire 03053<br><br>  Defendant, | )<br>)<br>) CIVIL ACTION NO.: 1:07-CV-10963-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO: Clerk of Court

Brian J. S. Cullen, formerly of the law firm of Devine, Millimet & Branch, P.A. and attorney of record for Defendant, Uni-Cast, Inc., hereby withdraws his appearance on behalf of said Defendant.  The undersigned counsel, also of the law firm of Devine, Millimet & Branch, P.A., has filed a Notice of Appearance on behalf of Uni-Cast, Inc. with the Court.

DATED: May 2, 2008    Respectfully submitted,

            /s/  Anthony S. Augeri
            Anthony S. Augeri, BBO #648696
            DEVINE, MILLIMET & BRANCH
            300 Brickstone Square, 9th Fl.
            P.O. Box 39
            Andover, MA 01810
            (978) 475-9100
            aaugeri@devinemillimet.com

2

## CERTIFICATE OF SERVICE

I, Anthony S. Augeri, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this second day of May, 2008

/s/ Anthony S. Augeri
Anthony S. Augeri, BBO #648696
DEVINE, MILLIMET & BRANCH
300 Brickstone Square, 9th Fl.
P.O. Box 39
Andover, MA 01810
(978) 475-9100
aaugeri@devinemillimet.com

L:\WDOX\DOCS\CLIENTS\11860\81677\A0166858.DOC